Barry C. Toone (#018664)
*Miller Toone, P.C.*
165 South Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
Email: toone@millertoone.com

Attorneys for Avalon Health Care, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HELEN SCHIRMER, surviving spouse of Decedent Carl Schirmer, for and on her own behalf and on behalf of the decedent's estate and on behalf of all who may have a statutory right of recovery, | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| AVALON HEALTH CARE, INC., a Utah corporation, doing business as Avalon Care Center-Shadow Mountains; JOHN I-X; JANE DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X, | |
| Defendants. | |

Defendant, Avalon Health Care, Inc. ("Avalon"), hereby submits this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and LRCiv. 3.6.  The grounds for removal are as follows:

1.     On July 8, 2015, Helen Schirmer ("Plaintiff") filed a Complaint in the Superior Court of the State of Arizona in and for the County of Maricopa, Case No. CV2015-052706, in the above-captioned action.

2.     Avalon was first notified of this lawsuit on July 13, 2015, when its registered agent was served with a summons and a copy of the Complaint.  Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

3.     In compliance with LRCiv. 3.6(b), copies of all state court filings in this action are attached collectively as Exhibit "A."

4.     This is a civil action that falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332(a), and one that may be removed to this Court by Avalon pursuant to 28 U.S.C. § 1441(a).

5.     Avalon is the only named defendant in this action.  The citizenship of defendants sued under fictitious names shall be disregarded for purposes of removal.  28 U.S.C. § 1441(b)(1).

6.     Written notice of the removal of this action will be given promptly to Plaintiff's counsel, and Avalon will also promptly file a Notice of Filing of Notice of Removal with the Clerk of the Maricopa County Superior Court for the State of Arizona, as required by 28 U.S.C. § 1446(d) and LRCiv. 3.6(a).

7.     By filing this Notice of Removal, Avalon does not waive any defenses available to it in this action.

8.     This case is removable pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction under 28 U.S.C. § 1332(a), which provides, in pertinent part, that the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between — (1) citizens of different States."

9.     Plaintiff alleges that she is a citizen of Arizona.  *See* Complaint, Exhibit "A," at ¶ 1.

10.     Avalon is a Utah corporation with its principal place of business in Salt Lake City, Utah.

11.     Avalon is not, at the time of the commencement of this action, or at any time thereafter, a citizen of Arizona.

12.     Accordingly, this case meets the diversity requirement for federal jurisdiction under 28 U.S.C. § 1332(a) because this controversy is between citizens of different states.

13.     Finally, the Complaint does not allege the exact dollar amount sought as damages in this action.  In the Complaint, however, Plaintiff seeks the following categories of damages:  (1) "all sums representing costs of medical expenses, funeral and burial

expenses, and other special expenses incurred by Plaintiff"; (2) "general damages" for the "loss of love, affection, companionship, since Decedent Carl Schirmer['s] death, plus reasonable future damages for Plaintiff's loss of love, affection, companionship, in a fair and equitable amount"; (3) "general damages to be awarded to Plaintiff for the pain, grief, sorrow, anguish, stress, shock, and mental suffering"; (4) "general damages to be awarded to Plaintiff for the monetary loss of income incurred, plus reasonable damages for future monetary loss of income"; and (5) for "punitive damages, in a fair and equitable amount." Avalon submits that, based on the types of damages sought in the Complaint, Plaintiff does, in fact, seek an award in excess of $75,000, exclusive of interest and costs, sufficient to meet the Court's jurisdictional requirements.

DATED this 11th day of August 2015.

MILLER TOONE, P.C.


/s/ Barry C. Toone
Barry C. Toone
Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

2        I hereby certify that, on August 11, 2015, I electronically transmitted the foregoing

3 **Notice of Removal** to the Clerk's Office using the CM/ECF System for filing and transmittal,

4 and mailed a copy of the foregoing document via First-Class Mail, postage prepaid, to the

5 following counsel:

6                        Jeffrey L. Victor, Esq.

7                        *Jeffrey L. Victor, P.C.*
Attorney at Law

8                        5425 E. Bell Rd., Suite 121
Scottsdale, AZ 85254

9

10                        /s/ Bonnie Lewis

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28