# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Schirmer, | **NO. CV-15-01550-PHX-GMS** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Avalon Health Care Incorporated, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed May 10, 2017, which granted Defendant's Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are terminated.

Brian D. Karth
District Court Executive/Clerk of Court

May 10, 2017

By   s/ A. Duran
     Deputy Clerk