# INDEX OF EXHIBITS

Exhibit A – Invoices for deposition transcripts

Exhibit B – Check stub for witness fee

Exhibit C – Invoices for copies of medical records

# Exhibit A

# White & Associates
Court Reporting
932 South Stapley Drive
Mesa, Arizona 85204
(480) 464-1035 Phone (480) 464-1051 Fax
Tax ID:

February 10, 2016

Mr. Barry C. Toone
Miller & Toone, PC
165 South Regent Street
Salt Lake City, UT 84111

| Invoice Number |
| --- |
| AR16 16348 |

**Re:** Deposition of Vanessa E. Holmes, R.N.

| Description of Services | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- |
| Copy | 91.00 | 3.00 | 273.00 |
| Exhibits | 6.00 | 0.35 | 2.10 |
| E-Tran | 1.00 | 45.00 | 45.00 |
| Binding & Delivery | 1.00 | 15.00 | 15.00 |
| **Invoice total:** | | | **$335.10** |

Date Taken: January 27, 2016
Helen Schirmer vs. Avalon Health Care, Inc.
2:15-CV-01550-PHX-GMS

AR16-013

I CERTIFY that this invoice complies with the ethical obligations set forth in Arizona Code of Judicial Administration 7-206(J)(1)(g)(3) through (6).

_____
White and Associates
Registered Reporting Firm

# White & Associates
Court Reporting
932 South Stapley Drive
Mesa, Arizona 85204
(480) 464-1035 Phone  (480) 464-1051 Fax
Tax ID:

March 15, 2016

Mr. Barry C. Toone
Miller & Toone, PC
165 South Regent Street
Salt Lake City, UT 84111

**Invoice Number**
**AR16 16491**

Re: Deposition of Michael B. Morris

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---|---|---|
| Copy | 128.00 | 3.00 | 384.00 |
| E-Tran | 1.00 | 45.00 | 45.00 |
| Binding & Delivery | 1.00 | 15.00 | 15.00 |
| | | Invoice total: | $444.00 |

Date Taken: February 26, 2016
Helen Schirmer vs. Avalon Health Care, Inc.
2:15-CV-01550-PHX-GMS

AR16-025

Amt Paid $ _1260.85_
Date Paid _4/1/16_
Check # _13722_

I CERTIFY that this invoice complies with the ethical obligations set forth in Arizona Code of Judicial Administration 7-206(J)(1)(g)(3) through (6).

_____
White and Associates
Registered Reporting Firm

# White & Associates
Court Reporting
932 South Stapley Drive
Mesa, Arizona 85204
(480) 464-1035 Phone   (480) 464-1051 Fax
Tax ID:

March 17, 2016

Mr. Barry C. Toone
Miller & Toone, PC
165 South Regent Street
Salt Lake City, UT 84111

| Invoice Number |
| --- |
| AR16 16497 |

**Re:** Deposition of Helen Schirmer

| Description of Services | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- |
| Appearance | 2.00 | 45.00 | 90.00 |
| O+1 | 49.00 | 3.90 | 191.10 |
| E-Tran | 1.00 | 25.00 | 25.00 |
| Binding & Delivery | 1.00 | 15.00 | 15.00 |
| | | **Invoice total:** | **$321.10** |

Date Taken: February 26, 2016
Helen Schirmer vs. Avalon Health Care, Inc.
2:15-CV-01550-PHX-GMS

AR16-026

I CERTIFY that this invoice complies with the ethical obligations set forth in Arizona Code of Judicial Administration 7-206(J)(1)(g)(3) through (6).

_____
White and Associates
Registered Reporting Firm

# White & Associates
Court Reporting
932 South Stapley Drive
Mesa, Arizona 85204
(480) 464-1035 Phone  (480) 464-1051 Fax
Tax ID:

March 22, 2016

Mr. Barry C. Toone
Miller & Toone, PC
165 South Regent Street
Salt Lake City, UT 84111

**Invoice Number**
**AR16 16512**

Re: Deposition of Kyle Mader, RN and Lashun McSwain, LPN

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---|---|---|
| Copy | 128.00 | 3.00 | 384.00 |
| Exhibits | 5.00 | 0.35 | 1.75 |
| E-Tran | 2.00 | 45.00 | 90.00 |
| Binding & Delivery | 1.00 | 20.00 | 20.00 |
| | Invoice total: | | $495.75 |

Date Taken: March 3, 2016
Helen Schirmer vs. Avalon Health Care, Inc.
2:15-CV-01550-PHX-GMS

AR16-029

I CERTIFY that this invoice complies with the ethical obligations set forth in Arizona Code of Judicial Administration 7-206(J)(1)(g)(3) through (6).

_____
White and Associates
Registered Reporting Firm



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID #

**Invoice INV0717474**

| | |
|---|---|
| Date | 3/18/2016 |
| Terms | Net 30 |
| Due Date | 4/17/2016 |

| | |
|---|---|
| Client Number | C313804 |
| Esquire Office | Las Vegas |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

Amt Paid $ 1295.70

Date Paid 4/1/16

Check # 13712

**Bill To**
Miller Toone PC
165 South Regent Street
Salt Lake City UT 84111

Provided For
one - Salt Lake City
Toone, Barry C
165 South Regent Street
Salt Lake City UT 84111

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/4/2016 | J0313809 | Scottsdale, ARIZONA | SCHIRMER, HELEN VS. AVALON HEALTH CARE |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-WI | Coleen Heldenbrand | 61 | 4.15 | 253.15 |
| APP FEE: FIRST HOUR | Coleen Heldenbrand | 1 | 50.00 | 50.00 |
| APP FEE: ADDITIONAL HOURS | Coleen Heldenbrand | 5.25 | 50.00 | 262.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Coleen Heldenbrand | 1 | 35.00 | 35.00 |
| CONDENSED TRANSCRIPT | Coleen Heldenbrand | 1 | 0.00 | 0.00 |
| HANDLING FEE | Coleen Heldenbrand | 1 | 30.00 | 30.00 |
| TRANSCRIPT - O&1-WI | Kevin Schirmer | 24 | 0.00 | 0.00 |
| MINIMUM TRANSCRIPT FEE | Kevin Schirmer | 1 | 165.00 | 165.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Kevin Schirmer | 1 | 35.00 | 35.00 |
| CONDENSED TRANSCRIPT | Kevin Schirmer | 1 | 0.00 | 0.00 |
| HANDLING FEE | Kevin Schirmer | 1 | 30.00 | 30.00 |
| TRANSCRIPT - COPY-M/T-WI | Mark Schirmer | 78 | 4.45 | 347.10 |
| DIGITAL TRANSCRIPT-PDF-PTX | Mark Schirmer | 1 | 35.00 | 35.00 |
| CONDENSED TRANSCRIPT | Mark Schirmer | 1 | 0.00 | 0.00 |
| HANDLING FEE | Mark Schirmer | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | Mark Schirmer | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN LETTER | Kevin Schirmer | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN LETTER | Coleen Heldenbrand | 1 | 0.00 | 0.00 |

Representing Client: Miller Toone - Salt Lake City

| | |
|---|---|
| Subtotal | 1,272.75 |
| Shipping Cost (FedEx) | 22.95 |
| Total | 1,295.70 |
| Amount Due | $1,295.70 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24070 | 8/15/2016 | 18312 |
| Job Date | Case No. | |
| 8/5/2016 | 2:15-CV-01550-PHX-GMS | |

**Case Name**

HELEN SCHIRMER V. AVALON HEALTH CARE, INC.

**Payment Terms**

Net 30

Mr. Blake D. Miller
Miller Toone
165 Regent Street
Salt Lake City UT 84111

Medical/Technical Transcript Copy/ Word Index/Condensed of:

| | | | |
|---|---|---|---|
| Demetria Haffenreffer, RN | 77.00 | Pages | 192.50 |
| COMPLIMENTARY PDF TRANSCRIPT VIA EMAIL | 77.00 | Pages | 0.00 |
| Exhibits - Copies/OCR'd and Hyperlinked Scans | 7.00 | Pages | 4.20 |
| E-Transcript | 1.00 | | 10.00 |
| Local Courier | 1.00 | | 10.00 |

TOTAL DUE >>> $216.70

We appreciate your business!

Did you know you already have FREE access to your transcripts, exhibits, and calendar 24/7?
Call us to inquire about LNS's Online Client Center. It's easy!

Tax ID:

*Please detach bottom portion and return with payment.*

Mr. Blake D. Miller
Miller Toone
165 Regent Street
Salt Lake City UT 84111

Invoice No.   : 24070
Invoice Date  : 8/15/2016
**Total Due**   : **$216.70**

Remit To:   LNS Court Reporting
            1123 SW Yamhill Street
            Portland OR  97205

Job No.    : 18312
BU ID      : REPORTING
Case No.   : 2:15-CV-01550-PHX-GMS
Case Name  : HELEN SCHIRMER V. AVALON HEALTH
             CARE, INC.



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID #

**Invoice INV0843754**

| | |
|---|---|
| Date | 9/23/2016 |
| Terms | Net 30 |
| Due Date | 10/23/2016 |

| | |
|---|---|
| Client Number | C313804 |
| Esquire Office | Las Vegas |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Miller Toone PC
165 South Regent Street
Salt Lake City UT 84111

**Services Provided For**
Miller Toone - Salt Lake City
Miller, Blake D
165 South Regent Street
Salt Lake City UT 84111

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/9/2016 | J0416019 | Lansing, MICHIGAN | HELEN SCHIRMER VS. AVALON HEALTH CARE, INC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-WI | Lance Youles | 129 | 3.50 | 451.50 |
| APP FEE: FIRST HOUR | Lance Youles | 1 | 42.00 | 42.00 |
| APP FEE: ADDITIONAL HOURS | Lance Youles | 1.5 | 42.00 | 63.00 |
| CONFERENCE ROOM | Lance Youles | 3 | 35.00 | 105.00 |
| EXHIBITS W/TABS | Lance Youles | 66 | 0.50 | 33.00 |
| CONDENSED TRANSCRIPT | Lance Youles | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | Lance Youles | 1 | 0.00 | 0.00 |
| HANDLING FEE | Lance Youles | 1 | 0.00 | 0.00 |

Representing Client: Miller Toone - Salt Lake City

| | |
|---|---|
| Subtotal | 724.50 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 760.00 |
| Amount Due | $760.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on Invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(a)(3) through (6).



## ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID #

**Invoice INV0847684**

| | |
|---|---|
| Date | 9/29/2016 |
| Terms | Net 30 |
| Due Date | 10/29/2016 |

| | |
|---|---|
| Client Number | C313804 |
| Esquire Office | Las Vegas |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Miller Toone PC
165 South Regent Street
Salt Lake City UT 84111

**Services Provided For**
Miller Toone - Salt Lake City
Miller, Blake D
165 South Regent Street
Salt Lake City UT 84111

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/16/2016 | J0413294 | Seattle, WASHINGTON | HELEN SCHIRMER VS. AVALON HEALTH CARE, INC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-M/T-WI-TELE | Jenny Roraback-Carson, MD | 66 | 5.20 | 343.20 |
| EXHIBITS W/TABS | Jenny Roraback-Carson, MD | 12 | 0.50 | 6.00 |
| HANDLING FEE | Jenny Roraback-Carson, MD | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | Jenny Roraback-Carson, MD | 1 | 0.00 | 0.00 |
| TRANSCRIPT - O&1-M/T-WI-TELE | Wendy Thomason, RN | 80 | 5.20 | 416.00 |
| EXHIBITS W/TABS | Wendy Thomason, RN | 25 | 0.50 | 12.50 |
| HANDLING FEE | Wendy Thomason, RN | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | Wendy Thomason, RN | 1 | 0.00 | 0.00 |
| APP FEE: FIRST HOUR | | 1 | 72.00 | 72.00 |
| APP FEE: ADDITIONAL HOURS | | 5 | 72.00 | 360.00 |

Amt Paid $ 1292.65

Date Paid 10/14/16

Check # 14052

Representing Client: Miller Toone - Salt Lake City

| | |
|---|---|
| Subtotal | 1,269.70 |
| Shipping Cost (FedEx) | 22.95 |
| Total | 1,292.65 |
| Amount Due | $1,292.65 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).