# Exhibit C



R&G Medical Legal Solutions, LLC
P.O. Box 5339
Peoria, AZ 85385-5339
623-566-3333 888-486-2245 Fax: 623-566-3438

Invoice submitted to:

Debbie Teague
Miller Toone PC
165 Regent Street
Salt Lake City, UT 84111

**Invoice #:** **25617**

**Amt Paid $** 2680.38

**Date Paid** 11/24/15

**Check #** 13498

November 19, 2015

In Reference To: Schirmer, Carl

Tax ID :

Bills are due and payable upon receipt. Invoices not paid within 30 days will incur interest of 1.5% per month (18 percent per annum). Your business is appreciated.

**Professional Services**

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 11/16/2015 | Document Prep (External Use) and Image clean up by Huyen Nguyen, Document Specialist. Honor Health Scottsdale Shea Medical Center (Medical and Radiology Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Honor Health Scottsdale Shea Medical Center (Medical and Radiology Records). | 0.25<br>45.00/hr | 11.25 |
| | Document Prep (External Use) and Image clean up by Huyen Nguyen, Document Specialist. Honor Health Scottsdale Shea Medical Center (Billing Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Honor Health Scottsdale Shea Medical Center (Billing Records). | 0.25<br>45.00/hr | 11.25 |
| | Document Prep (External Use) and Image clean up by Huyen Nguyen, Document Specialist. Honor Health Scottsdale (Medical and Radiology Records). | 0.25<br>45.00/hr | 11.25 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 11/16/2015 | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Honor Health Scottsdale (Medical and Radiology Records). | 0.25<br>45.00/hr | 11.25 |
| | Document Prep (External Use) and Image clean up by Huyen Nguyen, Document Specialist. Honor Health Scottsdale (Billing Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Honor Health Scottsdale (Billing Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Dependable Medical Transport Services (Medical and Billing Records). | 0.25<br>45.00/hr | 11.25 |
| | For professional services rendered | 2.25 | $101.25 |

**Additional charges:**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 11/13/2015 | Postage by Huyen Nguyen, Document Specialist. Records to firm. | 1<br>5.75 | 5.75 |
| 11/16/2015 | B&W Scan by Huyen Nguyen, Document Specialist. Honor Health Scottsdale Shea Medical Center (Medical and Radiology Records). | 2,081<br>0.18 | 374.58 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Honor Health Scottsdale Shea Medical Center (Billing Records). | 35<br>0.18 | 6.30 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Honor Health Scottsdale (Medical and Radiology Records). | 442<br>0.18 | 79.56 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Honor Health Scottsdale (Billing Records). | 5<br>0.18 | 0.90 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Dependable Medical Transport Services (Medical and Billing Records). | 1<br>0.18 | 0.18 |

| | | |
|---|---|---|
| Total Expenses | | $467.27 |
| For professional services rendered | 2.25 | $568.52 |
| Total amount of this bill | | $568.52 |

Debbie Teague



| | Amount |
|---|---|
| Previous balance | $470.00 |
| **Balance due** | **$1,038.52** |



R&G Medical Legal Solutions, LLC
P.O. Box 5339
Peoria, AZ 85385-5339
623-566-3333 888-486-2245 Fax: 623-566-3438

Invoice submitted to: **Invoice #:** **25730**

Debbie Teague
Miller Toone PC
165 Regent Street
Salt Lake City, UT 84111

January 15, 2016

In Reference To: Schirmer, Carl

Tax ID

Bills are due and payable upon receipt. Invoices not paid within 30 days will incur interest of 1.5% per month (18 percent per annum). Your business is appreciated.

**Additional charges:**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 1/12/2016 | Advance Fees to HealthPort (Cardiovascular Consultants - Medical Records) by Pamela Showers, Director of Finance. | 1<br>160.23 | 160.23 |

| | | |
|---|---|---|
| Total Expenses | | $160.23 |
| For professional services rendered | 0.00 | $160.23 |
| Previous balance | | $509.15 |
| 1/4/2016 Payment - Thank You. Check No. 13530 | | ($15.93) |
| Total payments and adjustments | | ($15.93) |
| **Balance due** | | **$653.45** |



R&G Medical Legal Solutions, LLC
P.O. Box 5339
Peoria, AZ 85385-5339
623-566-3333 888-486-2245 Fax: 623-566-3438

Invoice submitted to:

Debbie Teague
Miller Toone PC
165 Regent Street
Salt Lake City, UT 84111

**Invoice #:** **25811**

March 08, 2016

In Reference To: Schirmer, Carl

Tax ID :

Bills are due and payable upon receipt. Invoices not paid within 30 days will incur interest of 1.5% per month (18 percent per annum). Your business is appreciated.

**Professional Services**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/29/2016 | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Professional Medical Transport (Medical Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Professional Medical Transport (Billing Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Global Rehab Scottsdale (Medical Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Global Rehab Scottsdale (Billing Records). | 0.25<br>45.00/hr | 11.25 |
| 3/7/2016 | Document Prep (External Use) and Image clean up by Huyen Nguyen, Document Specialist. Professional Medical Transport (Additional Medical Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Professional Medical Transport (Additional Medical Records). | 0.25<br>45.00/hr | 11.25 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/7/2016 | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Fountain View Village (Medical and Billing Records). | 0.25<br>45.00/hr | 11.25 |
| | Upload Records (External Use) by Huyen Nguyen, Document Specialist. Global Rehab Scottsdale (Color Wound Photos) | 0.25<br>45.00/hr | 11.25 |
| | For professional services rendered | 2.00 | $90.00 |

**Additional charges:**

| | | Qty/Price | |
|---|---|---|---|
| 2/5/2016 | Postage by Huyen Nguyen, Document Specialist. Subpoena copies sent to opposing counsel. | 1<br>7.22 | 7.22 |
| 2/29/2016 | Advance Fees to Rural Metro Ambulance (Medical and Billing Records) by Pamela Showers, Director of Finance. | 1<br>11.20 | 11.20 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Professional Medical Transport (Medical Records). | 16<br>0.16 | 2.56 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Professional Medical Transport (Billing Records). | 4<br>0.16 | 0.64 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Global Rehab Scottsdale (Medical Records). | 543<br>0.16 | 86.88 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Global Rehab Scottsdale (Billing Records). | 10<br>0.16 | 1.60 |
| 3/7/2016 | Advance Fees to Honor Health Scottsdale (Medical and Billing Records) by Pamela Showers, Director of Finance. | 1<br>250.88 | 250.88 |
| | Advance Fees to Honor Health Scottsdale (Radiology Records) by Pamela Showers, Director of Finance. | 1<br>22.40 | 22.40 |
| | Advance Fees to Sante of North Scottsdale (Medical Records) by Pamela Showers, Director of Finance. | 1<br>23.45 | 23.45 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Professional Medical Transport (Additional Medical Records). | 80<br>0.16 | 12.80 |

| | | Qty/Price | Amount |
|---|---|---|---|
| 3/7/2016 | B&W Scan by Huyen Nguyen, Document Specialist. Fountain View Village (Medical and Billing Records). | 1<br>0.16 | 0.16 |
| | B&W Scan by Huyen Nguyen, Document Specialist. Global Rehab Scottsdale (Color Wound Photos) | 2<br>0.16 | 0.32 |

| | | |
|---|---|---|
| Total Expenses | | $420.11 |
| For professional services rendered | 2.00 | $510.11 |
| Total amount of this bill | | $510.11 |
| Previous balance | | $687.56 |
| 2/4/2016 Payment - Thank You Payment originally misapplied 12/8/15. | | ($470.00) |
| 2/26/2016 Payment - Thank You. Check No. 13634 | | ($160.23) |
| 2/26/2016 Payment - Thank You. Check No. 13634 | | ($57.33) |
| Total payments and adjustments | | ($687.56) |
| **Balance due** | | **$510.11** |