Jeffrey L. Victor (#13132)
JEFFERY L. VICTOR, P.C.
5425 E. Bell Road, Suite 121
Scottsdale, Arizona 85254
(602) 749-0900
victoratty@aol.com

Scott E. Boehm (#6603)
LAW OFFICE OF SCOTT E. BOEHM, P.C.
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
(602) 528-4719
scott@scottboehmlaw.com
Attorneys for Plaintiff Helen Schirmer

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **HELEN SCHIRMER**, surviving spouse of Decedent **CARL SCHIRMER**, for and on her own behalf and on behalf of the decedent's estate and on behalf of all who may have a statutory right of recovery,<br><br>                               Plaintiff,<br><br>vs.<br><br>**AVALON HEALTH CARE, INC.**, a Utah corporation, doing business as **AVALON CARE CENTER SHADOW MOUNTAIN; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X**; and **XYZ PARTNERSHIPS I-X**,<br><br>                               Defendants. | Case No. 2:15-CV-01550-PHX-GMS<br><br><br>**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Plaintiff Helen Schirmer gives notice and hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order filed on May 10, 2017, granting defendant Avalon Health Care, Inc.'s, Motion for Summary Judgment (Doc. 75), as well as the Clerk's Judgment in a Civil Case also filed on May 10, 2017 (Doc. 76).

A Representation Statement identifying all parties to the case, along with the names, mailing and email addresses, and telephone numbers of their respective counsel, is being filed concurrently with this Notice of Appeal as required under FRAP Rule 12(b) and Ninth Circuit Rules 3-2 and 12-2.

RESPECTFULLY SUBMITTED on June 6, 2017.

JEFFERY L. VICTOR, P.C.

and

LAW OFFICE OF SCOTT E. BOEHM, P.C.

By    /s/ Scott E. Boehm   
SCOTT E. BOEHM
Attorneys for Plaintiff Helen Schirmer

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants in this case:

The Honorable G. Murray Snow
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 W. Washington Street, SPC 80
Phoenix, Arizona 85003

Blake D. Miller, Esq.
JONES WALDO HOLBROOOK & McDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
bmiller@joneswaldo.com
Attorneys for Defendant Avalon Health Care, Inc.

Barry C. Toone, Esq.
610 Birch Tree Lane
Kaysville, Utah 84037
barryctoone97@gmail.com
Co-Counsel for Defendant Avalon Health Care, Inc.

By  /s/ Scott E. Boehm